# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAVID DELANEY

NO. 2019 KW 1438

JAN 0 6 2020

---

In Re:    David Delaney, applying for supervisory writs, 18th Judicial District Court, Parish of Pointe Coupee, No. 67,848-F.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT GRANTED.** The district court is ordered to act on relator's application for hearing, motion for appointment of counsel, and motion to correct illegal sentence filed on or about June 4, 2019, on or before February 7, 2020. A copy of the district court's actions shall be filed in this court on or before February 14, 2020.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.